472 A.2d 261

Commonwealth v. Williams, Appellant.

Submitted November 4, 1983. Harris Roy Rosen, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment of sentence for attempted burglary affirmed. Judgments of sentence for attempted criminal trespass and for conspiracy are vacated.